Angelo Mishriki, Esq. (Bar No. 305069)
    amishriki@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:    (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff, Sream, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WAGIH E. ELGAWLY, *et al.*,<br><br>    Defendants. | Case No. 5:16-cv-00840-R-JEM<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT WAGIH E. ELGAWLY PURSUANT TO F.R.C.P. 55(b)**<br><br>Date:         September 19, 2016<br>Time:         10:00 am<br>Court:        312 North Spring Street, Los Angeles, CA 90012, Courtroom 8<br>Judge:       Hon. Manuel L. Real |

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 29, 2016, or as soon as thereafter as this matter may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, Courtroom 8, Plaintiff will present its application for a default judgment against Defendant Wagih E. Elgawly ("Elgawly" or "Defendant") on all claims alleged by Plaintiff in its Complaint, including entry of a permanent injunction, statutory damages, and attorneys' fees.

This motion is made pursuant to FRCP 55(b), and LR 55-1 which provides for a Court ordered default judgment following entry of default by the Court clerk under Rule 55(a). Defendant has been served with the Complaint and all subsequent papers in this action, but has not appeared, to defend or otherwise respond to Plaintiff's claims. Notwithstanding, Notice of this Motion for Default Judgment was served on Elgawly via postal mail on August 16, 2016.

This motion is based upon this Notice of Motion for Entry of Default Judgment, the Memorandum of Points and Authorities included herein, the Declaration of Angelo Mishriki, and the Declaration of Michael Mottesheard Jr., filed concurrently herewith, the pleadings and papers on file in this action, and upon such oral and documentary evidence as may be presented at the hearing of this matter.

Dated: August 16, 2016   **NEXIO, PC**

By: /s/ Angelo Mishriki /
 Angelo Mishriki
 *Attorneys for Plaintiff, Sream, Inc.*